# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 3:20-cr-393-KDB-DCK-2 |
| Lal H. Mahtani | ) |
| | ) USM No: 19950-509 |
| Date of Original Judgment: 04/05/2023 | ) |
| Date of Previous Amended Judgment: 09/15/2023 | ) Samuel John Randall, IV |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 36 months **is reduced to** 30 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 09/15/2023 shall remain in effect.
**IT IS SO ORDERED**.

Signed: February 20, 2024

Kenneth D. Bell
United States District Judge

*Judge's signature*

Effective Date: _____  Kenneth D. Bell
*(if different from order date)*  *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Lal H. Mahtani
CASE NUMBER: 3:20-cr-393-KDB-DCK-2
DISTRICT: Western District of North Carolina

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | |
|---|---|
| Previous Total Offense Level: 21 | Amended Total Offense Level: 19 |
| Criminal History Category: I | Criminal History Category: I |
| Previous Guideline Range: 37 to 46 months | Amended Guideline Range: 30 to 37 months |

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

For the reasons stated in the motion (Doc. No. 88) and in accordance with U.S.S.G. §1B1.10(b)(2)(A).